FOLGER LEVIN & KAHN LLP
Thomas P. Laffey (SB# 057552)
Jennifer A. Salzman (SB# 195953)
1900 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067
Telephone: (310) 556-3700

Attorneys for Defendant Yahoo! Inc.



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE, also known as AQUACOOL_2000,<br><br>Plaintiff,<br><br>v.<br><br>YAHOO INC., a Delaware corporation, and DOES 1-9, inclusive,<br><br>Defendants. | Case No. 00-04993 NM (Ctx)<br><br>**STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER**<br><br> |

WHEREAS, Plaintiff filed the complaint in this action against Yahoo! Inc. ("Yahoo!") on May 11, 2000, alleging claims for invasion of privacy, breach of contract, negligent misrepresentation and unfair competition and false advertising;

WHEREAS, Plaintiff's complaint includes several causes of action, including a claim for breach of the Yahoo! Terms of Service and Yahoo! Privacy Policy;

WHEREAS, Plaintiff's claims for invasion of privacy, negligent misrepresentation, and unfair competition and false advertising arise, in part, out of the relationship between Plaintiff and Yahoo!;

WHEREAS, the Yahoo! Terms of Service contains a forum selection clause, which provides: "The [Terms of Service] and the relationship between you and Yahoo shall be governed by the laws of the State of California without regard to its conflict of law provisions. You and Yahoo agree to submit to the personal and

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER

1. exclusive jurisdiction of the courts located within the county of Santa Clara,
2. California.";
3.     WHEREAS, Plaintiff contends that certain provisions of the Terms of Service
4. and Privacy Policy may not be enforceable or constitute effective waivers of
5. Plaintiff's rights and remedies;
6.     WHEREAS, pursuant to Local Rule 7.4.1, counsel for the parties met and
7. conferred regarding Yahoo!'s proposed motion to dismiss and/or transfer;
8.     WHEREAS, during the meet and confer, the parties agreed to stipulate to
9. transfer this case to the Northern District of California, San Jose Division, although
10. plaintiff does not concede by this stipulation that the proposed motion is meritorious;
11.     NOW THEREFORE IT IS HEREBY stipulated by and between counsel for
12. plaintiff and counsel for defendant that this matter be transferred to the United States
13. District Court for the Northern District of California, San Jose Division.

Dated: June 13, 2000

BAKER & HOSTETLER LLP

Megan E. Gray
Attorneys for Plaintiff
John Doe, also known as AquaCool_2000

Dated: June 13, 2000

FOLGER LEVIN & KAHN LLP

Thomas P. Laffey
Attorneys for Defendant
Yahoo! Inc.

-2-

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT this action be transferred to the Northern District of California, San Jose Division.

IT IS SO ORDERED.

Dated: 6/15/00

*[signature]*

JUDGE
UNITED STATES DISTRICT COURT

G:\IP\76818 AnswerThink\wp-stip-transfer-venue.wpd

**NORA M. MANELLA**

-3-

STIPULATION TO TRANSFER VENUE AND [PROPOSED] ORDER